UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Harold Bryan_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_City of New York_
_New York City Dept. of Corr._

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 MAY 26 AM 9:47

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

**16CV3943**

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name _Harold Bryant_
ID # _141-16-02246_
Current Institution _Eric M. Taylor Center_
Address _10-10 Hazen Street_
_East Elmhurst, NY 11370_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _City of New York_ Shield #
Where Currently Employed
Address _1 Centre Street_
_New York, NY 10017_

Defendant No. 2    Name _New York City Dept. of Corrections_
                   Where Currently Employed _____
                   Address _1520 Astoria Blvd_
                   _East Elmhurst, NY 11370_

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

_Eric M. Taylor Center_

B. Where in the institution did the events giving rise to your claim(s) occur?

_Dorm Area_

C. What date and approximate time did the events giving rise to your claim(s) occur?

_April 6, 2016 at approx. 4:30 p.m._

Rev. 05/2010                            2

**What happened to you?**

**Who did what?**

D. Facts: Due to An unruly inmate, It was ordered by Corrections Supervisors to spray the Dormatory with M.K.9 Chemical, know on Rikers Island as M.K.9 which was sprayed recklessly throughout the dormatory for one individual was at the time unwarranted and not necessary. Such agent caused sever Skin irritation, Bleary-eyed Burning as well as Struggling to continue to Breath.

**Was anyone else involved?**

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Burning Eyes, Burning Skin and difficulty Breathing.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ___

Rev. 05/2010                                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Eric M. Taylor Center_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? _All_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Eric M-Taylor Center's IGRC Office_

1. Which claim(s) in this complaint did you grieve? _All_

2. What was the result, if any? _Have not heard from IGRC office yet_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Attempted to speak with Captains, Asst. Deputy wardens to no avail_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Seek relief For Pain and Suffering, Mental Anguish, Curses and Post Traumatic Stress Disorder. I seek Monetary damages in the Amount of $ 650,000 Thousand dollars.

_____

_____

_____

_____

_____

_____

_____

VI. Previous lawsuits:

[On these claims]

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

Rev. 05/2010

5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of MAY, 2016.

Signature of Plaintiff  Harold Bryan
Inmate Number  141160 2240
Institution Address  Eric M. Taylor Center
10-10 Hazon Street
East Elmhurst, NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 14 day of MAY, 2016 I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff  Harold Bryan

Bryan, Harold # 1411602240




# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM
### DISPOSITION FORM — Attachment - C

Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376

If this is a submission not subject to IGRP process, DOC Grievance Supervisor must choose its category and write down the next steps for the inmate.

- [ ] Staff-on-inmate non-sexual assault (use of force) allegation
- [ ] Staff-on-inmate sexual assault/abuse allegation
- [ ] Staff-on-inmate non-sexual harassment
- [ ] Inmate-on-inmate non-sexual assault allegation
- [ ] Inmate-on-inmate sexual assault/abuse allegation
- [ ] Inmate-on-inmate non-sexual harassment allegation
- [ ] Status as an intended contraband recipient, enhanced restraint, Red ID, or centrally monitored case inmate
- [ ] Medical staff, e.g., complaints regarding quality of care, request for second medical opinion
- [ ] Mental health staff, e.g., complaints regarding quality of care, request for second medical opinion
- [ ] Request for protective custody (fear for safety)
- [ ] Request for accommodation due to disability
- [ ] Inmate disciplinary process and dispositions
- [ ] Freedom of Information law request
- [x] Other  staff complaint

Next steps: A personal injury claim form provided & the complaint will be forwarded to the ID

Inmate's Signature: Harold Bryan    Date: 4/21/16
Grievance Supervisor's Signature: [signature]    Date: 4/21/16
Date of Deadline for Status Update from Relevant Entity: ____

## STEP 2: FORMAL HEARING OF INMATE GRIEVANCE RESOLUTION COMMITTEE

Formal Hearing Disposition: _____

Date returned to inmate: _____
IGRC Members Signatures: _____

Please decide within five business days of receipt whether to appeal (Check one box below.)

- [ ] Yes, I agree with the IGRC hearing disposition.
- [ ] No, I disagree with the IGRC hearing disposition and seek to appeal to the Commanding Officer.

Inmate's Signature: ____  Date: ____  Grievance Supervisor's Signature: ____  Date: ____

## STEP 3: APPEAL TO THE COMMANDING OFFICER

Grievance Supervisor must check only one box below.

- [ ] Grievance forwarded to the Commanding Officer for action upon IGRC recommendation.
- [ ] Grievance not forwarded to the Commanding Officer (explain): _____

Grievance Supervisor's Signature: ____    Date: ____

Attachment B                  Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1 

## City of New York – Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Harold Bryan | Book & Case #: 1411602240 | NYSID # (optional): 05629252 |
|---|---|---|
| Facility: C-76 | Housing Area: 6 Main | Date of Incident: April 6, 2016 | Date Submitted: 4/7/16 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is ongoing. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue its grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:**
To whom it may concern: On April 6, 2016, at 4:30pm there was an incident were an inmate had to be physically removed from the housing area I was in. The officers wreckfulessly and carelessly sprayed the chemical agent mk-9 through the housing unit heavily dousing myself and other inmates and officers. I immediately request for medical attention from the officers due to me vomiting several times. I felt punished for being taken to the intake and not the clinic and had to wait to be seen by a doctor. My head face and neck and chest were in pain. My throat were burning for hours due to the mk-9.

**Action Requested by Inmate**
I want to be compensated for my pain and suffering in the amount of 500,000

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by IGRP staff? ☑ Yes ☐ No
Do you need the IGRP staff to write the grievance or request for you? ☑ Yes ☐ No
Have you filed this grievance or request with a court or other agency? ☐ Yes ☑ No
Did you require the assistance of an interpreter? ☐ Yes ☑ No

Inmate's Signature: Harold Bryan     Date of Signature: 4/7/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: 4/20/16 | Grievance and Request Reference #: N/G | Category: Staff Complaint |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |



Harold Bryan #41160 2240
10-60 Hazen Street
East Elmhurst, NY 11370

U.S. District Court
Southern District of New York
500 Pearle Street
New York, NY 10021

Legel Mail